[No. 36589-4-I.    Division One.    December 30, 1996.]

*In the Matter of The Personal Restraint of* KENNETH
BIANCHI, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 36693-9-I.    Division One.    December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
LAMPLEY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-1-05068-7, Robert H. Alsdorf, J., entered
May 26, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36748-0-I.    Division One.    December 30, 1996.]

*In the Matter of the Marriage of* STEPHEN M. SMITH,
*Respondent,* and JENNIFER A. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-3-07179-4, Linda Lau, J., entered May 2,
1995. *Affirmed* by unpublished per curiam opinion.

[No. 37054-5-I.    Division One.    December 30, 1996.]

VERNON D. CLAUSING, *Appellant,* v. SUZANNE
ZIMMAR, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-00665-5, Richard Eadie, J., entered July
14, 1995. *Affirmed* by unpublished opinion per Ellington,
J., concurred in by Baker, C.J., and Armstrong, J. Pro
Tem.